UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **JOSHUA BICKHAM** | **CIVIL ACTION NO:** _____ |
| **VERSUS** | **JUDGE** _____ |
| **GULF SOUTH SERVICES, INC. and GULF SOUTH SCAFFOLDING INTERNATIONAL, INC.** | **MAGISTRATE** _____ |

**COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff herein, Joshua Bickham, a person of the full age of majority and resident of and domiciled in the State of Louisiana, who respectfully represents:

1.

Made defendants herein is:

A.  **GULF SOUTH SERVICES, INC.**, a domestic corporation authorized to do and doing business in the State of Louisiana, and within the Western District of Louisiana, with its principal place of business listed as 280 Ford Industrial Road, Morgan City, Louisiana, 70380, and whose registered agent for service of process is listed as Ryan Robichaux, 11187 Highway 308, LaRose, LA. 70373.

B.  **GULF SOUTH SCAFFOLDING INTERNATIONAL, INC.**, a domestic corporation authorized to do and doing business in the State of Louisiana, and within the Western District of Louisiana, with its principal place of business listed as 280 Ford Industrial Road, Morgan City, Louisiana, 70380, and whose registered agent for service of process is listed as Jude C. Bursavich, One American Place, 23rd Floor, Baton Rouge, LA. 70825.

2.

This cause of action arises pursuant to the Admiralty and General Maritime Law found in 28 U.S.C.A. § 1333, *et. seq.*

3.

Upon information and belief, on or about June 17, 2016, defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., was authorized to do, and doing business, within the Western District of Louisiana, and further, that it has and continues to conduct business in the Western District of Louisiana.

4.

Upon information and belief, defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., is registered with the Louisiana Secretary of State, licensed to do business in Louisiana, and is authorized to conduct business in and maintain offices, personnel and inventory in Louisiana, and has been licensed with the Louisiana Secretary of State since 2003.

5.

This Honorable Court, has personal jurisdiction, over defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., as it has purposely availed itself of the privileges of conducting business in Louisiana and further, the Courts exercise of personal jurisdiction over defendant does not offend traditional notions of fair play and substantial justice.

6.

Defendants are liable unto plaintiff, Joshua Bickham, in the full and true sum in an amount as is reasonable in the premises, plus all legal interest and costs of these proceedings, from the date of judicial demand, for the following reasons to wit:

7.

On June 17, 2016, plaintiff, Joshua Bickham, was employed by Vacco Marine, Inc. as a "Tank Operator", and was performing work within the course and scope of his employment at the Conrad Deepwater Shipyard in Ameila, LA.

8.

On or about June 17, 2016, while acting within the course and scope of his employment with Vacco Marine, Inc., plaintiff, Joshua Bickham, received serious and disabling injuries as a result of the negligence and fault of defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., and its employees, which accident occurred through no fault of plaintiff.

8.

Upon information and belief, on the date of accident, plaintiff, Joshua Bickham, was traversing scaffolding engaged in the act of pressure washing the inside of a tank barge owned by Weeks Marine.

9.

Upon information and belief, plaintiff, Joshua Bickham, was walking on the scaffolding when the plank that plaintiff was standing on suddenly snapped, causing plaintiff, Joshua Bickham, to fall through the scaffolding system.

10.

Upon information and belief, plaintiff, Joshua Bickham, fell approximately five (5) feet before catching himself.

11.

Upon information and belief, defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., through its employees, were negligent and/or at fault in failing to properly erect, construct, inspect and/or maintain the scaffold, upon which plaintiff was working resulted in disabling injuries. More specifically, the scaffold boards utilized by the defendants were rotten and could not support the plaintiff's weight, which resulted in the collapse of the scaffold, causing severe and disabling injuries to plaintiff, Joshua Bickham.

12.

Upon information and belief, the particular scaffold upon which plaintiff was working was erected by defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc.'s, employees, and had been certified as "safe" to work on by Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc.

13.

Defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., are liable unto your petitioner for their negligence and fault, including but not limited to the following:

- A. Failure to provide plaintiff with a reasonably safe scaffold on which to work;
- B. Failure to ensure the safety of persons on the scaffold and plank in question;
- C. Failure to properly erect, construct and/or maintain the scaffold in question;
- D. Failure to properly inspect the plank and scaffold in question;
- E. Failure to warn plaintiff of the dangerous and defective condition at issue;
- F. Failure to exercise reasonable care for the safety of persons on the plank and scaffold in question;
- G. Creation (be it passive or active) of a hazardous and/or unsafe condition and failure (be it passive or active) to correct them and/or eliminate them and/or do anything about them;
- H. Violation of both Federal and State regulations intended for the safety of plaintiff;
- I. Failure to do what they could and should have done in order to avoid the accident at issue; and,
- J. Any other particulars, which may be proven at trial.

14.

That as a result of the accident at issue, plaintiff, Joshua Bickham, was severely and permanently injured, which injuries resulted in his having to undergo extensive medical treatment.

15.

As a result of the negligence and/or fault of defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., plaintiff, Joshua Bickham, sustained severe, permanent, crippling and disabling mental and physical injuries, including but not limited to, past and future medical expenses, past and future loss of income and impairment of earning capacity, past and future mental and emotional anguish, past and future pain and suffering, past and future loss of enjoyment of life, and other damages to be shown at the trial of this matter, and as such, is entitled to such damages as are reasonable under the circumstances, plus interest and cost from date of judicial demand.

16.

Complainant, Joshua Bickham, asserts his right to a bench trial, pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, as his claims are in Admiralty and under the General Maritime Law.

**WHEREFORE,** plaintiff, Joshua Bickham, prays that defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., be served with a copy of this Complaint and cited to Answer within the time delays allowed by law; and after due proceedings had, there be judgment herein in favor of plaintiff, Joshua Bickham, over and against defendants, Gulf South Services, Inc. and/or Gulf South Scaffolding International, Inc., for a reasonable sum to be proven at the trial of this matter, together with all court costs, legal interest, and for all such additional relief as the law, equity, and nature of the case may permit.

                      Respectfully submitted:

BY:     s/   JOSEPH F. GAAR, JR.
          JOSEPH F. GAAR, JR. # 16927
          JASON M. WELBORN # 26548
          LUCAS S. COLLIGAN #31671
          JACOB H. HARGETT #32490
          Attorneys at Law
          617 S. Buchanan Street
          Lafayette, Louisiana 70501
          Phone: (337) 233-3185
          Fax:   (337) 233-0690
          **Attorneys for Plaintiff,**
          **JOSHUA BICKHAM**